Order filed July 15, 2021



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00793-CR
_____

## IN RE THE STATE OF TEXAS EX REL.KIM OGG, HARRIS COUNTY DISTRICT ATTORNEY, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### County Criminal Court at Law No. 8
### Harris County, Texas
### Trial Court Cause No. 2232126

---

## ORDER

On March 15, 2021, relator the State of Texas ex rel. Kim Ogg, Harris County District Attorney, filed an amended petition for writ of mandamus in this court, asking that we compel the Honorable Franklin Bynum, presiding judge of County Criminal Court at Law No. 8 of Harris County, to vacate the December 2, 2020 judgment of acquittal entered after he conducted a nonjury trial without the State's consent.

On May 27, 2021, we conditionally granted the State's amended petition for

writ of mandamus and directed the trial court to vacate the December 2, 2020 judgment of acquittal, and we stated that the writ would issue only if the trial court failed to act in accordance with this court's opinion.

On June 17, 2021, the State filed, in the trial court, a motion to vacate the void acquittal judgment and to issue a summons to return the parties to the position they were in before the court entered the void judgment. The State presented the motion to the trial court on July 1, 2021.

On July 6, 2021, the State filed a motion to issue the writ of mandamus, asking this court to issue the writ because the trial court has not set aside the December 2, 2020 judgment of acquittal as ordered in our May 27, 2021 order.

If the trial court has not vacated the December 2, 2021 judgment by August 1, 2021, the writ will issue. We order the State to file a status report with this court to inform the court of the action, if any, taken by the trial court to comply with our May 27, 2021 order on or before August 2, 2021.

PER CURIAM

Panel consists of Justices Jewell, Poissant, and Wilson.